UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA24CV03968-MWF (MARx) | Date | July 22, 2024 |
|---|---|---|---|
| Title | Nicholas Harris v. Elevance Health, Inc., et al. | | |

| Present: The Honorable | Michael W. Fitzgerald, United States District Judge |
|---|---|

| Charles A. Rojas | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kira Brekke | Malek Cherkaoui Jaouad, Thy Bui |

**Proceedings:**   PLAINTIFF'S MOTION TO REMAND TO STATE COURT [15]; DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION [17]

The case is called. Counsel make their appearances. Tentative Rulings where provided to counsel by the Court. As stated on the record, the Court and counsel confer The matter is taken under submission. An order shall issue.

:   .19

Initials of Preparer   cr